UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
NOV 3 0 2007
MB  NOV 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Ronelle McMullen

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas Dart
Scott Kurtovich
Leonard R Bersky
Connie Mennella

_____
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

07CV 6738
JUDGE NORDBERG
MAGISTRATE JUDGE MASON

Case No. _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓　　COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
　　　U.S. Code (state, county, or municipal defendants)

___　COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
　　　28 SECTION 1331 U.S. Code (federal defendants)

___　OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.　　Plaintiff(s):

Revised: 7/20/05

A. Name: Ronelle McMullen

B. List all aliases: Tim Brown, Bryant Brown

C. Prisoner identification number: B-75198

D. Place of present confinement: Shawnee CC

E. Address: 6665 State Rt. 146, East Vienna ILL 62995

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Thomas Dart (704 Daley Center, Chicago, IL 60602)
   Title: Sheriff of Cook County
   Place of Employment: Cook County Department of Correction

B. Defendant: Scott Kurovich
   Title: First Asst. Director of Cook County
   Place of Employment: Cook County Department of Correction, 2600 So. California, Chicago, IL 60608

C. Defendant: Leonard R. Bersky
   Title: Chief Operating Officer of Cermak Health Services
   Place of Employment: Cook County Department of Correction, 2600 So. California, Chicago, IL 60608

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2 - A

Revised: 7/20/05

III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

    A. Is there a grievance procedure available at your institution?

        YES (X)   NO ( )   If there is no grievance procedure, skip to F.

    B. Have you filed a grievance concerning the facts in this complaint?

        YES (X)   NO ( )

    C. If your answer is YES:

        1. What steps did you take? *I filed a grievance on the Healthcare unit for Not give me the Medical treatment I request for*

        2. What was the result? *I went down to see the Doctor for pain in my chest in the section where the heart is and he listen to my chest and told me it sounds good*

        3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.) *No because I were now that you can appeal a grievance*

    D. If your answer is NO, explain why not:

_____

_____

_____

Revised: 7/20/05

E.  Is the grievance procedure now completed? YES ( ) NO (X)

F.  If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO ( )

G.  If your answer is **YES**:

   1. What steps did you take?
   _____
   _____
   _____

   2. What was the result?
   _____
   _____
   _____

H.  If your answer is NO, explain why not: the grievance is not completd because I should Have recived better medical treatment

Revised: 7/20/05

IV.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

   A.  Name of case and docket number: _____

   B.  Approximate date of filing lawsuit: _____

   C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

   D.  List all defendants: _____

   E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F.  Name of judge to whom case was assigned: _____

   G.  Basic claim made: _____

   H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

   I.  Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised: 7/20/05

Defendant #4

Defendant - Connie Mennella
Title Director of tuberculosis Clinic
Place of Employment Cook County Department of Correction
2600 So. Cailfornia Ave.
Chicago, IL 60608

2-B

V. Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Inter Cook County Department of Correction on 5-19-05 with no Health problem. When you come to Cook county you go through receiving you take a Chest Xray, you get the tuberculosis Shot and a blood test to see if there is Something in your blood System and my and All tests Come back Clean. I Left Cook County went Stateville receiving Went through the Same thing there and my System Was Still Clean. From Stateville I Went bigg muddy Correctional center and there I did the Same thing In big middy and no Disase found In my blood System. So I came back to Cook County 8-18-07 for Stateville Correctional ~~center~~ Center and 18 Months Later Cermak Health Sevise Calls me over and takes a blood test and I took a HIV test

6                                                               Revised: 7/20/05

All so this is in feb 2007 and on 3-2007 I go back to Cermak and thats when The Doctor tells me I have tuberculosis In me the Doctor Say Its sleeping In my Lungs I've been taking medication for It I was put on the medication 5-02-07 and I am still on It I ~~feel~~ feel that Cook County and Cermak Is supose To keep detainee healthly and out of reach of things like this and the Cook County Sheriff is supose to make sure That his officers and the people that work there do there job the right way. I might never be able to work A real Job again because of whats in my body I pray that I do not pass this Disease that I have to a Nothere human being. thank you

VI.     Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To Award Compensatory damages in the following amounts $15,000 jointly and severally against Defendants Thomas Dart, Scott Kurtovich, Leonard R Bershy, Connie Mennella for the Physical and emotional pain as a result of the plaintiff deliberate indifference Award punitive damages in the amount of $10,000 each against defendants thomas Drat Scott Kurtovich LeonardR.Bershy Connie mennella

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 1 day of 10-16, 20 07

Ronelle McMullen

Ronelle McMullen
(Signature of plaintiff or plaintiffs)

Ronelle McMullen
(Print name)

B-75198
(I.D. Number)

Shawnee C.C
6665 State Rt. 146 EAST
VIENNA ILL 62995
(Address)