**FILED** AE
NOV 30 2007 NF
Nov 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# PRISONER CASE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

## Civil Cover Sheet

**Plaintiff(s):** RONELLE McMULLEN

**Defendant(s):** THOMAS DART, et al.

**County of Residence:** WARREN

**County of Residence:**

**Plaintiff's Address:**
Ronelle McMullen
B-75198
Vienna - VNA
6665 State Route 146 East
Vienna, IL 62995

**Defendant's Attorney:**

07CV 6738
JUDGE NORDBERG
MAGISTRATE JUDGE MASON

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes ☑ No

**Signature:** M. Burke    **Date:** 11/30/07