7/18/02

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

FILED
NOV 30 2007
NOV 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

Ronelle McMullen
_Plaintiff_

v.

Thomas Dart scott Kurtovich
Leonard B Bershy
_Defendant(s)_ Connie Mennelly

07CV 6738
JUDGE NORDBERG
MAGISTRATE JUDGE MASON

---

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Ronelle McMullen, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions _under penalty of perjury_:

1. Are you currently incarcerated?    ☒Yes    ☐No    (If "No," go to Question 2)
   I.D. # B-75198    Name of prison or jail: _____
   Do you receive any payment from the institution? ☐Yes ☐No  Monthly amount: _____

2. Are you currently employed?    ☐Yes    ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: 6-20-07
      Monthly salary or wages: $488
      Name and address of last employer: Country Kitchen
      8127 Cottage Grove Chicago Ill 606

   b. Are you married?    ☐Yes    ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? _Mark an X in either "Yes" or "No", and then check all boxes that apply in each category._

   a. Salary or wages    ☐Yes    ☒No
   Amount _____    Received by _____

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes ☒No
Amount_____ Received by_____

e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount_____ Received by_____

f. ☐Any other sources (state source:_____) ☐Yes ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ☐Yes ☐No Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
TyNESHA B. Bennett Daughter Kanaa Bennett My Daughter Mother $150 A Month When I Was Working

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 10-16-07

*Ronelle McMullen*
Signature of Applicant

*Ronelle McMullen*
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein *R. McMullen* I.D.# *B75198*, has the sum of $ *-2.03* on account to his/her credit at (name of institution) *Shawnee C.C.*.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____.
(Add all deposits from all sources and then divide by number of months).

*Nov. 7 2007*
DATE

*Judy Billingsley*
SIGNATURE OF AUTHORIZED OFFICER

*Judy Billingsley*
(Print name)

rev. 7/18/02

Date: 41/7/2007
Time: 7:55am
d_list_inmate_trans_statement_composite

**Shawnee Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 05/01/2007 thru End;   Inmate: B75198;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

### Inmate: B75198 McMullen, Ronelle          Housing Unit: SHA-02-A -66

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 0.00 |
| 08/24/07 | Mail Room | 04 Intake and Transfers In | 236238 | 160482 | Stateville C.C. | -4.47 | -4.47 |
| 09/04/07 | Mail Room | 01 MO/Checks (Not Held) | 247272 | 242081 | McMullen, Antoinette | 20.00 | 15.53 |
| 09/10/07 | Point of Sale | 60 Commissary | 253733 | 492073 | Commissary | -13.19 | 2.34 |
| 09/14/07 | Disbursements | 84 Library | 257338 | Chk #126666 | DOC: 523 Fund Library, Inv. Date: 08/27/2007 | -.15 | 2.19 |
| 09/14/07 | Disbursements | 84 Library | 257338 | Chk #126666 | DOC: 523 Fund Library, Inv. Date: 09/05/2007 | -.15 | 2.04 |
| 09/14/07 | Disbursements | 90 Medical Co-Pay | 257338 | Chk #126667 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 09/06/2007 | -2.00 | .04 |
| 09/19/07 | Mail Room | 01 MO/Checks (Not Held) | 262272 | 1154639 | Brown, Calvin | 50.00 | 50.04 |
| 09/19/07 | Mail Room | 01 MO/Checks (Not Held) | 262272 | 1154640 | Brown, Calvin | 50.00 | 100.04 |
| 09/20/07 | Payroll | 20 Payroll Adjustment | 263138 | | P/R month of 08/2007 | 7.14 | 107.18 |
| 10/12/07 | Mail Room | 01 MO/Checks (Not Held) | 285218 | 244379 | Brown, Calvin | 25.00 | 132.18 |
| 10/12/07 | Mail Room | 01 MO/Checks (Not Held) | 285218 | 244378 | Brown, Calvin | 50.00 | 182.18 |
| 10/15/07 | Point of Sale | 60 Commissary | 288735 | 495368 | Commissary | -182.07 | .11 |
| 10/17/07 | Payroll | 20 Payroll Adjustment | 290183 | | P/R month of 09/2007 | 9.46 | 9.57 |
| 10/25/07 | Point of Sale | 60 Commissary | 298782 | 496886 | Commissary | -9.35 | .22 |

| | |
|---|---:|
| Total Inmate Funds: | .22 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 2.25 |
| Funds Available: | -2.03 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---:|
| 11/01/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $2.25 |
| | | | | Total Restrictions: | $2.25 |