**FILED**

MAR 2 6 2008

Change of Action

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07C 6738

HI I'AM writing this letter to the UNITED STATES COURT HOUSE to INFORM the COURT that I'AM NO Longer IN Shawnee correctional Center. I'AM now IN Robinson correctional center. that P.O BOX 900 Robinson ILLINOIS 62454 Thank you for being there.

P.S

This is A Brief update on the were abouts of my current address will write in 90 day to keep the court up dated thank you.

yours turely
Ronelle McMullen